NICHOLAS PALLAS, Respondent, *v.* REICH BROS. LONG ISLAND MOTOR FREIGHT, INC., Appellant, Impleaded with Others.

(Argued June 2, 1931; decided June 16, 1931.)

*Clarence S. Zipp* and *E. C. Sherwood* for appellant.
*Abraham M. Fisch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.